FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
<u>ACCORDANCE WITH RULE 221, Pa.R.D.E.</u>


<u>New</u>
668 – Inspire FCU


<u>Name Change</u>
617 – Covenant Bank – Change to 238 - Citizens & Northern Bank


<u>Platinum Leader Change</u>
294 – Mid Penn Bank – Remove
122 – Susquehanna Community Bank – Remove


<u>Correction</u>


<u>Removal</u>


Submitted:  10/29/2020